73 A.3d 522

Cecil HOLMES, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PA., Respondent.

No. 70 EM 2013.

Supreme Court of Pennsylvania.

July 31, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of July, 2013, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordi-

nary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending petition for writ of *habeas corpus* within 90 days of this order.